FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0226

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRADLEY JAY HILLIOUS,

Defendant and Appellant.

## ORDER

Appellee State of Montana has moved for leave to file an overlength response brief in this matter pursuant to M. R. App. P. 12(10).

Upon consideration of the State's motion and with good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted leave to file a response brief of not more than 11,400 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 11 2024

ORDER
PAGE 1